NEW-YORK,
May, 1828.

The People
v.
Dunning.

A plaintiff
may amend of
course, within
twenty days
after plea; and
the defendant
is bound to
plead anew.

---

THE PEOPLE *vs.* DUNNING, late sheriff of Saratoga.

A sheriff is responsible for money received by his deputy on erroneous process, it being received *colore officii*; and he cannot avail himself of the defect in the process.

ATTACHMENT against sheriff for not returning execution. The defendant, in his answers to the interrogatories filed, stated that a paper in the form of an execution of this court, tested at *Albany*, in *August*, 1824, returnable on the third Monday of *February*, and not having the seal of the court attached thereto, was received by one of his deputies; that the deputy had received of the defendant in the execution $165; that the money had not been paid over to the sheriff; and that the deputy is insolvent.

*S. A. Foot,* for plaintiff.

*S. Stevens,* contra.

*By the Court,* SUTHERLAND, J. The only question is, whether the process is void or erroneous. The sheriff supposed it to be void, and that the sureties of the deputy were not responsible to him for the money received on the execution. This is a mistake. The process was erroneous and not void, and therefore amendable, (4 *Cowen,* 550;) and the money having been received by the deputy *colore officii,* his sureties are liable, and the sheriff is responsible to the plaintiff. The party not having applied to set aside the execution, the sheriff cannot avail himself of any defects in it, and must pay the money or stand committed.